**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1916**

_____

FANNIE M. HARRIS,

                            Plaintiff - Appellant,

        versus

WABASH MAGNETICS, INCORPORATED,

                            Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, District Judge. (CA-01-22-4)

_____

Submitted:  March 6, 2003            Decided:  March 13, 2003

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Fannie M. Harris, Appellant Pro Se.  William David Paxton, M. Beth Colling, GENTRY LOCKE RAKES & MOORE, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fannie M. Harris appeals the district court's order denying relief on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harris v. Wabash Magnetics, Inc., No. CA-01-22-4 (W.D. Va. July 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED